FILED: March 12, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1254
(8:08-cv-01863-DKC)
_____

U. S. HOME CORPORATION; LENNAR CORPORATION,

     Plaintiffs – Appellants,

  v.

SETTLERS CROSSING, L.L.C.; WASHINGTON PARK ESTATES, LLC; BEVARD DEVELOPMENT COMPANY; STEVEN B. SANDLER; ISTAR FINANCIAL, INCORPORATED; DANIEL I. COLTON,

     Defendants – Appellees.

_____

O R D E R
_____

In light of Federal Rule of Appellate Procedure 4(a)(4), the court remands this case to the district court for the limited purpose of ruling on the pending Rule 60 motion to clarify judgment. Further proceedings on appeal are suspended pending a ruling by the district court.

The parties are directed to file a status report with this court 30 days from the date of this order and every 30 days thereafter.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk